NUMBERS 13-03-582-CR and 13-03-583-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

RONNIE GARZA,                                                                          Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.
__________________________________________________________________

On appeal from the 28th District Court of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, RONNIE GARZA, perfected appeals from judgments entered by the 
 28th District Court of Nueces County, Texas, in cause numbers 02-2313-A and 03-1208-A. On February 26, 2004, these causes were abated, and the trial court was
directed to conduct a hearing to determine why counsel failed to comply with this
Court’s order of January 12, 2004. The trial court’s findings and recommendations
were received on June 29, 2004. The trial court found that the appellant does not
wish to prosecute his appeals.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that the appeals should be dismissed. The
appeals are hereby DISMISSED.
                                                               PER CURIAM
Do not publish. Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 22nd day of July, 2004.